IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOM TIRITILLI and ROBERT C. KLESZYNSKI, Plaintiffs, vs. FLOWLINE TOOL & MOLD, INC. STEVE R. YOUNG, individually and as an Employer under FLSA and Illinois Wage Laws, Defendant. | Case No. 10 cv 7140<br><br>Honorable Judge Samuel Der-Yeghiayan.<br><br>Magistrate Judge Geraldine Soat Brown.<br><br>**JURY TRIAL DEMANDED ON ALL COUNTS** |

**PLAINTIFFS' MOTION TO ENTER JUDGMENT IN FAVOR OF PLAINTIFFS**

Plaintiffs, TOM TIRITILL and ROBERT C. KLESZYNSKI, by and through their attorney John C. Ireland of the Law Office of John C. Ireland, hereby moves this Honorable Court to enter an Order Finding Judgment for the Plaintiffs and in support of states the following:

1. This action was filed on November 5, 2010.

2. Plaintiffs were offered a settlement pursuit to an Offer of Judgment based on Rule 68.

3. The Plaintiffs accepted the offer of judgment.

4. Plaintiffs signed dated and provided a copy of said offer to Defendants.

1

5. Plaintiffs Filed said Offer of Judgment. (See Docket Document 19).

6. In accord with the Federal Rules of Civil Procedure, Plaintiffs believe that an Order for Judgment in their favor should be entered.

7. Defendants' Counsel has agreed that such is the procedure in cases where offer of judgment has been accepted.

8. Plaintiffs' Counsel does note that it appears that settlement of the Attorney fees and costs has likewise been resolved without requiring a decision of the court.

WHEREFORE, Plaintiffs, respectfully request this Honorable Court to enter an order of Judgment for the Plaintiffs in this matter.

Dated: May 10, 2011

Respectfully submitted,

By:     -S- John C. Ireland
    John C. Ireland

Attorney for the Plaintiffs

The Law Office Of John C. Ireland
1921 Charles Lane
Aurora, Illinois   60505   630-464-9675
Facsimile 630-206-0889   Atty4employees@aol.com   Attorney Number # 628137